**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| ROBERT SPECKMAN and | ) | |
| TAYLOR SPECKMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-00924-DRL-SJF |
| | ) | |
| FOREST RIVER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Robert Speckman and Taylor Speckman, and Defendant, Forest River, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Forest River, Inc., with each party to bear their own fees and costs.

Respectfully submitted,

/s/ *Richard C. Dalton*
Richard C. Dalton
Counsel for Plaintiff
111 Park West Dr
Scott, LA 70520
P:   (337) 371-0375
E: rick@rickdalton.law

/s/ *John D. Papageorge*
John D. Papageorge
Counsel for Forest River, Inc.
One Indiana Square, Suite 3500
Indianapolis, IN 46204
P:   (317)-713-3500
E: jpapageorge@taftlaw.com